UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-25335-Civ-COOKE/GOODMAN

**EMILIO PINERO,**

    Plaintiff,

v.

**CG FAIRWINDS LLC,**

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice [ECF 13], filed September 2, 2020. The Court having reviewed the Joint Stipulation and being otherwise fully advised it is hereby **ORDERED and ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear their own attorneys' fees and costs except as otherwise agreed in writing.
2. All pending motions are **DENIED AS MOOT**.
3. The Clerk of Courts is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of September 2020.

                              */s/ Marcia G. Cooke*
                              MARCIA G. COOKE
                              United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*